UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALDO VELASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,<br><br>Defendants. | No.  2:23-cv-01742-DAD-CKD<br><br><br>ORDER CONSOLIDATING CASES |
| DINO DE SANCTIS,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,<br><br>Defendants. | No.  2:24-cv-00551-DAD-CKD |

Plaintiffs Reginaldo Velasquez and Dino de Sanctis proceed with counsel in the above-captioned actions, alleging wage and hour violations.

The above-captioned actions were related by court order on March 22, 2024.  (2:23-cv-01742-DAD-CKD Doc. No. 14; 2:24-cv-00551-DAD-CKD Doc. No. 39.)  On April 10, 2026, the parties filed a joint stipulation to consolidate the related cases.  (2:23-cv-01742-DAD-CKD Doc. No. 24.)  Therein, the parties stipulate that the related cases should be consolidated pursuant to

1

Federal Rule of Civil Procedure 42(a) for all purposes, including pretrial proceedings, discovery, and trial. (*Id.* at 4.)  The parties further stipulate that all papers filed and written discovery, deposition transcripts, and document productions in the "Related Actions shall be useable in the Consolidated Action." (*Id.* at 5.)

Moreover, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings.  Thus, good cause exists to consolidate these cases.

With regard to the case schedule, on April 14, 2026, the parties filed a joint status report in the *de Sanctis* class action requesting that the court either vacate the upcoming scheduling conference or issue a scheduling order in this case with same or substantially similar dates to the scheduling order in the *Velasquez* class action. (2:24-cv-00551-DAD-CKD Doc. No. 50 at 3.)  In light of the parties' joint request, and good cause appearing, the court will vacate the initial scheduling conference currently set for April 27, 2026, and adopts the schedule of the *Velasquez* class action, which is the lead case.[1]  (2:23-cv-01742-DAD-CKD Doc. No. 19.)

/////

/////

---

[1]  The schedule in the *Velasquez* class action is as follows: Fact discovery shall be completed by December 21, 2026; All motions, except for motions for continuances, temporary restraining orders, or other emergency applications shall be filed no later than January 11, 2027 and noticed for hearing on a date consistent with District Judge Dale A. Drozd's Standing Order and on a date no more than 60 days after the filing of the motion. In addition, the Final Pretrial Conference is set for June 28, 2027, at 1:30 PM before District Judge Dale A. Drozd by Zoom and the Jury Trial is set for September 7, 2027 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. (2:23-cv-01742-DAD-CKD Doc. No. 19.)

Accordingly,

1.  The above-referenced cases shall be consolidated for all purposes, including trial, pursuant to Federal Rule of Civil Procedure 42(a);

2.  The initial scheduling conference set for April 27, 2026, is hereby VACATED and the court ADOPTS the schedule as stated in the *Velasquez* class action (2:23-cv-01742-DAD-CKD Doc. No. 19);

3.  The Clerk of the Court is directed to file this order in each of the above-referenced cases;

4.  Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number.  The Clerk of the Court is directed to administratively close the member case.  Future captions should indicate the lead case number followed by the member case numbers as follows:

    **Lead Case:**          **2:23-cv-01742-DAD-CKD**

    **Member Case:**      **2:24-cv-00551-DAD-CKD**

IT IS SO ORDERED.

Dated:   **April 19, 2026**                                    _____

                                                                        DALE A. DROZD
                                                                        UNITED STATES DISTRICT JUDGE

3